# EXHIBIT A

Filing # 127477495 E-Filed 05/25/2021 12:08:48 PM

IN THE CIRCUIT COURT OF THE
4TH JUDICIAL CIRCUIT IN AND FOR
DUVAL COUNTY, FLORIDA

CLYDE MCNEIL,

    Plaintiff,

vs.                              Case No:

RACETRAC PETROLEUM, INC., a
foreign profit corporation d/b/a
RACETRAC #310,

    Defendant.
_____/

## COMPLAINT

Plaintiff, CLYDE MCNEIL, sues Defendant, RACETRAC PETROLEUM, INC., a foreign profit corporation d/b/a RACETRAC #310 (hereinafter "RACETRAC PETROLEUM"), and states the following:

1. This is a cause of action for damages in excess of $30,000.00.

2. All conditions precedent to filing this action have been complied with, expired, and/or waived.

3. The incident described herein occurred in Duval County, Florida.

4. On or about February 26, 2020, Defendant, RACETRAC PETROLEUM, was the owner and in possession of the premises at 5109 University Boulevard West in Jacksonville, Duval County, Florida, which Defendant operates as a convenience store and gasoline station.

5. At that time and place, Plaintiff, CLYDE MCNEIL, was an invitee lawfully on the premises described above.

6. At that time and place, Plaintiff, CLYDE MCNEIL, was injured when he slipped and fell on liquid on the store's floor.

7. Defendant, RACETRAC PETROLEUM, had a duty to maintain the premises in a reasonably safe condition, correct any dangerous condition of which it either knew or should have known by the use of reasonable care, and to warn of any dangerous conditions concerning which it had, or should have had, knowledge greater than that of its invitees. Defendant breached all of these duties.

8. Specifically, Defendant, RACETRAC PETROLEUM, negligently:

   a) Allowed liquid to accumulate and remain on the store's floor for an unreasonable length of time;

   b) Created a slip hazard and dangerous condition on the premises;

   c) Allowed a slip hazard and dangerous condition to remain on the premises for an unreasonable length of time; and

   d) Failed to warn the Plaintiff and similarly situated individuals of the dangerous condition.

9. Defendant, RACETRAC PETROLEUM, knew or, in the exercise of ordinary care, should have known the premises were not in a reasonably safe condition.

10. Defendant, RACETRAC PETROLEUM, had actual or constructive notice of the dangerous condition.

11. As the direct and proximate result of the negligence of Defendant, RACETRAC PETROLEUM, Plaintiff, CLYDE MCNEIL, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and

treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, CLYDE MCNEIL, demands judgment for damages against Defendant, RACETRAC PETROLEUM.

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted this 25th day of May, 2021.

> By: s/ Juan Asconape
> **JUAN ASCONAPE**
> Attorney Email: jasconape@schwedlawfirm.com
> **Eservice Email:  eservice@schwedlawfirm.com**
> Bar Number:  0073731
> Attorneys for Plaintiff
> Schwed, Adams & McGinley, P.A.
> 7111 Fairway Drive, Suite 105
> Palm Beach Gardens, Florida 33418
> Telephone: (561) 694-6079
> Facsimile: (561) 694-6089